JANE A. JERNIGAN, PETITIONER-RESPONDENT, v.
LAKEHURST MOTORS, RESPONDENT-APPELLANT.

Argued March 6, 1967—Decided March 20, 1967.

*Mr. Isidor Kalisch* argued the cause for appellant.

*Mr. Roy G. Simmons* argued the cause for respondent
(*Messrs. Camp & Simmons,* attorneys).

PER CURIAM. This is a Workmen's Compensation case in
which the Division, the County Court, and the Appellate
Division agreed that the petitioner was entitled to prevail.
We granted certification 47 *N. J.* 567 (1966). Upon consid-
eration of the matter, we are of the view that the judgment
should not be disturbed. It is accordingly affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.